**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00164-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ERIC DANIEL MONTANO,
      a/k/a Chuco,

      Defendant.

---

**MINUTE ORDER**[1]

---

      On Monday, September 14, 2009, the court conducted a telephonic setting conference to reset the sentencing hearing in the above-captioned matter.  After conferring with counsel and with their consent,

      **IT IS ORDERED** as follows:

      1.  That the sentencing hearing for the above-named defendant is set for **December 18, 2009**, commencing at 11:00 a.m.; and

      2.  That the U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

      Dated:  September 14, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.